| **Criminal Case Cover Sheet** | | | **U.S. District Court** |
|---|---|---|---|
| | **FILED:** REDACTED | | |
| **Place of Offense:** | ☒ Under Seal | **Judge Assigned:** | |
| City: Woodbridge | Superseding Indictment: | **Criminal No.** | |
| County: Prince William | Same Defendant: | New Defendant: | |
| | Magistrate Judge Case No. 1:17-MJ-292 | **Arraignment Date:** | |
| | Search Warrant Case No. | R. 20/R. 40 From: | |

**Defendant Information:**

Defendant Name: TANISHA CHANTELLE HERRING    Alias(es):    ☐ Juvenile   FBI No.

Address:

Employment:

Birth Date: xx/xx/1993    SSN:    Sex: Female    Race:    Nationality:

Place of Birth:    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ Interpreter    Language/Dialect:    Auto Description:

**Location/Status:**

Arrest Date:    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

Name:    ☐ Court Appointed    Counsel Conflicts:

Address:    ☐ Retained

Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Amy Wells-Morgan    Phone: 703-299-3949    Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Matthew Hopkins, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §924(a)(1)(A) | False Statements on a Form 4473 | 1 | Felony |
| Set 2: | | | | |

Date: 6/26/17    AUSA Signature: *Amy Wells-Morgan*    may be continued on reverse